UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No.   4:10-CV-1782-HEA |
| | ) |
| SAFETY NATIONAL CASUALTY | ) |
| CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF TRANSFER

On March 30, 2012, the Court granted defendants' Safety National Casualty Corporation and AAA Bonding Agency, Inc. joint motion to dismiss or transfer venue [ECF No. 5].

Accordingly,

**IT IS HEREBY ORDERED** that this action shall be **TRANSFERRED** to the Honorable Keith P. Ellison in the United States District Court for the Southern District of Texas.

Dated this 2nd day of April, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE